**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Guadalupe Carrillo v. Hy Cite Enterprises, LLC, et al.

Case Number: 25-cv-624

An appearance is hereby filed by the undersigned as attorney for:

Hy Cite Enterprises, LLC d/b/a Royal Prestige

Attorney name (type or print): Timothy J. Young

Firm: Lewis, Brisbois, Bisgaard & Smith, LLP

Street address: 550 W. Adams, Suite 300

City/State/Zip: Chicago, IL 60661

Bar ID Number: 6192231
(See item 3 in instructions)

Telephone Number: 312.345.1718

Email Address: tim.young@lewisbrisbois.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes ☐ No |
| Are you a member of the court's general bar? | ✔ Yes ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 17, 2025

Attorney signature: S/ Timothy J. Young
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023