# EXHIBIT A

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12

Court Date: <<CmsHearingStart>>

03013     kd
pleadings@benshaplaw.com

FILED
12/10/2024 9:45 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2024L013760
Calendar, B
30527117

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| GUADALUPE CARRILLO, | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | No. |
| HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE and ROYAL PRESTIGE | ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT

### COUNT I - NEGLIGENCE
### HY CITE ENTERPRISES, LLC,
### Individually and d/b/a ROYAL PRESTIGE

Now comes the Plaintiff, GUADALUPE CARRILLO, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, as follows:

1. That at all times herein mentioned the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, was licensed to do business under the laws of the State of Illinois.

2. That all times herein mentioned the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, manufactured and distributed a pressure cooker known as the Royal Prestige Pressure Cooker.

3. That prior to December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, purchased a Royal Prestige Pressure Cooker.

1

4. That at all times herein mentioned the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, owed a duty to the Plaintiff, GUADALUPE CARRILLO, to exercise reasonable care to design, test, manufacture and sell the Royal Prestige Pressure Cooker so that it was safe and suitable for its intended usage.

5. That the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, knew or should have known that the pressure cooker was unreasonably safe as designed, manufactured, tested, marketed and sold in that the lid of the pressure cooker would explode off of the cooker even when it had been fastened in accordance with the provided instructions.

6. That at all times herein mentioned the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, individually and through its agents and employees, was negligent in one or mor of the following ways:

   a. Carelessly and negligently designed, manufactured, sold and distributed the Royal Prestige Pressure Cooker when it did not function as advertised, to-wit: the lid of the pressure cooker exploded off of the cooker during cooking even though the lid was fastened shut in accordance with the provided instructions;

   b. Carelessly and negligently sold and distributed the Royal Prestige pressure cooker without proper testing of the lid and latch to ensure that the lid would not explode off of the pressure cooker;

   c. Carelessly and negligently failed to warn the Plaintiff that the pressure cooker did not operate as advertised and that the lid would explode off of the pressure cooker even when the lid was closed and latched in accordance with the provided instructions.

7. That on December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, was using the Royal Prestige Pressure Cooker and had closed and latched the lid in accordance with the provided operating instructions.

8. That on December 23, 2022, as the Plaintiff, GUADALUPE CARRILLO, was properly using the pressure cooker, the lid exploded off of the cooker spraying extremely hot liquid onto the Plaintiff causing severe burns.

9. That as a direct and proximate result thereof the Plaintiff, GUADALUPE CARRILLO, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that she has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, GUADALUPE CARRILLO, prays this Honorable court for Judgment against the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

<u>COUNT II- STRICT LIABLITY</u>
<u>HY CITE ENTERPRISES, LLC,</u>
<u>Individually and d/b/a ROYAL PRESTIGE</u>

Now comes the Plaintiff, GUADALUPE CARRILLO, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, as follows:

1. That at all times herein mentioned the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, was licensed to do business under the laws of the State of Illinois.

2. That all times herein mentioned the Defendant, HY CITE ENTERPRISES, LLC,

3

Individually and d/b/a ROYAL PRESTIGE, manufactured and distributed a pressure cooker known as the Royal Prestige Pressure Cooker.

3. That prior to December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, purchased a Royal Prestige Pressure Cooker.

4. That the Plaintiff, GUADALUPE CARRILLO, never knew and never should have known of the defective and unreasonably dangerous condition of the Royal Prestige Pressure Cooker.

5. That the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, withheld and concealed from the purchaser and intended user that the lid of the pressure cooker would likely explode off of the cooker.

6. That by the conduct of the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, in not disclosing the defects, the purchaser was not informed that the lid and latch combination was defective as designed and manufactured, which was causally related to the injuries sustained by the Plaintiff, GUADALUPE CARRILLO.

7. That at the time the lid and latch combination did not work properly, the pressure cooker was in the same or similar condition as when it was manufactured and released.

8. That at the time the Royal Prestige Pressure Cooker left the control of the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, it was in a reasonably dangerous condition in one or more of the following respects:

    a. The lid and latch mechanism did not function as promised, towit: the lid of the pressure cooker exploded off of the cooker during cooking even though the lid was fastenedshut in accordance with the provided instructions;

    b The Royal Prestige Pressure Cooker did not operate for the use it was intended.

4

FILED DATE: 12/10/2024 9:45 AM 2024L013760

9. That on December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, was using the Royal Prestige Pressure Cooker in accordance with the operating instructions.

10. That on December 23, 2022, as the Plaintiff, GUADALUPE CARRILLO, was properly using the pressure cooker, the lid exploded off of the cooker spraying extremely hot liquid onto the Plaintiff causing severe burns.

11. That as a direct and proximate result thereof the Plaintiff, GUADALUPE CARRILLO, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that she has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, GUADALUPE CARRILLO, prays this Honorable court for Judgment against the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

### COUNT III- BREACH OF IMPLIED WARRANTY
### HY CITE ENTERPRISES, LLC,
### Individually and d/b/a ROYAL PRESTIGE

Now comes the Plaintiff, GUADALUPE CARRILLO, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, as follows:

1. That at all times herein mentioned the Defendant, HY CITE ENTERPRISES, LLC,

5

Individually and d/b/a ROYAL PRESTIGE, was licensed to do business under the laws of the State of Illinois.

2. That all times herein mentioned the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, manufactured and distributed a pressure cooker known as the Royal Prestige Pressure Cooker.

3. That prior to December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, purchased a Royal Prestige Pressure Cooker.

4. That the Plaintiff, GUADALUPE CARRILLO, never knew and never should have known of the defective and unreasonably dangerous condition of the Royal Prestige Pressure Cooker.

5. That at all times herein mentioned the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, owed the Plaintiff, GUADALUPE CARRILLO, a duty to exercise reasonable care to design, text, manufacture and sell a Royal Prestige Pressure Cooker that was safe and suitable for its intended usage, including that when the lid and latcher was attached in accordance with the provided instructions it would not explode off the cooker.

6. That the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, knew or should have known that the Royal Prestige Pressure Cooker was not reasonably safe as designed, manufactured, tested, marketed and sold in that the lid would explode off of the cooker thereby causing a dangerous condition.

7. That the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, knew the ordinary purpose for which the Royal Prestige Pressure Cooker would be used and the Plaintiff, GUADALUPE CARRILLO, relied upon the skill and judgment of the Defendant in manufacturing said pressure cooker.

FILED DATE: 12/10/2024 9:45 AM 2024L013760

8. That the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, warranted by implication at the time o fsale that the said pressure cooker would be reasonably fit, sufficient and of merchantale quality for its intended purpose.

9. That the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a ROYAL PRESTIGE, breached its implied warranty by its selection and manufacture of a pressure cooker that was unfit and unsuitable for the original purpose for which it was used.

10. That the unfitness of the said pressure cooker existed at the time of the sale and continued with the time the Plaintiff, GUADALUPE CARRILLO, was injured on December 23, 2022.

11. That on December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, was using the Royal Prestige Pressure Cooker in accordance with the operating instructions.

12. That on December 23, 2022, as the Plaintiff, GUADALUPE CARRILLO, was properly using the pressure cooker, the lid exploded off of the cooker spraying extremely hot liquid onto the Plaintiff causing severe burns.

13. That as a direct and proximate result thereof the Plaintiff, GUADALUPE CARRILLO, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that she has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, GUADALUPE CARRILLO, prays this Honorable court for Judgment against the Defendant, HY CITE ENTERPRISES, LLC, Individually and d/b/a

ROYAL PRESTIGE, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

### COUNT IV- NEGLIGENCE
### ROYAL PRESTIGE

Now comes the Plaintiff, GUADALUPE CARRILLO, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, ROYAL PRESTIGE, as follows:

1. That at all times herein mentioned the Defendant, ROYAL PRESTIGE, was licensed to do business under the laws of the State of Illinois.

2. That all times herein mentioned the Defendant, ROYAL PRESTIGE, manufactured and distributed a pressure cooker known as the Royal Prestige Pressure Cooker.

3. That prior to December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, purchased a Royal Prestige Pressure Cooker.

4. That at all times herein mentioned the Defendant, ROYAL PRESTIGE, owed a duty to the Plaintiff, GUADALUPE CARRILLO, to exercise reasonable care to design, test, manufacture and sell the Royal Prestige Pressure Cooker so that it was safe and suitable for its intended usage.

5. That the Defendant, ROYAL PRESTIGE, knew or should have known that the pressure cooker was unreasonably safe as designed, manufactured, tested, marketed and sold in that the lid of the pressure cooker would explode off of the cooker even when it had been fastened in accordance with the provided instructions.

6. That at all times herein mentioned the Defendant, ROYAL PRESTIGE, individually

and through its agents and employees, was negligent in one or mor of the following ways:

    a. Carelessly and negligently designed, manufactured, sold and distributed the Royal Prestige Pressure Cooker when it did not function as advertised, to-wit: the lid of the pressure cooker exploded off of the cooker during cooking even though the lid was fastened shut in accordance with the provided instructions;

    b. Carelessly and negligently sold and distributed the Royal Prestige pressure cooker without proper testing of the lid and latch to ensure that the lid would not explode off of the pressure cooker;

    c. Carelessly and negligently failed to warn the Plaintiff that the pressure cooker did not operate as advertised and that the lid would explode off of the pressure cooker even when the lid was closed and latched in accordance with the provided instructions.

7. That on December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, was using the Royal Prestige Pressure Cooker and had closed and latched the lid in accordance with the provided operating instructions.

8. That on December 23, 2022, as the Plaintiff, GUADALUPE CARRILLO, was properly using the pressure cooker, the lid exploded off of the cooker spraying extremely hot liquid onto the Plaintiff causing severe burns.

9. That as a direct and proximate result thereof the Plaintiff, GUADALUPE CARRILLO, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that she has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, GUADALUPE CARRILLO, prays this Honorable court for Judgment against the Defendant, ROYAL PRESTIGE, in such sum of money in excess of

FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

## COUNT V- STRICT LIABLITY
## ROYAL PRESTIGE

Now comes the Plaintiff, GUADALUPE CARRILLO, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, ROYAL PRESTIGE, as follows:

1. That at all times herein mentioned the Defendant, ROYAL PRESTIGE, was licensed to do business under the laws of the State of Illinois.

2. That all times herein mentioned the Defendant, ROYAL PRESTIGE, manufactured and distributed a pressure cooker known as the Royal Prestige Pressure Cooker.

3. That prior to December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, purchased a Royal Prestige Pressure Cooker.

4. That the Plaintiff, GUADALUPE CARRILLO, never knew and never should have known of the defective and unreasonably dangerous condition of the Royal Prestige Pressure Cooker.

5. That the Defendant, ROYAL PRESTIGE, withheld and concealed from the purchaser and intended user that the lid of the pressure cooker would likely explode off of the cooker.

6. That by the conduct of the Defendant, ROYAL PRESTIGE, in not disclosing the defects, the purchaser was not informed that the lid and latch combination was defective as designed and manufactured, which was causally related to the injuries sustained by the Plaintiff, GUADALUPE CARRILLO.

10

7. That at the time the lid and latch combination did not work properly, the pressure cooker was in the same or similar condition as when it was manufactured and released.

8. That at the time the Royal Prestige Pressure Cooker left the control of the Defendant, ROYAL PRESTIGE, it was in a reasonably dangerous condition in one or more of the following respects:

    a. The lid and latch mechanism did not function as promised, towit: the lid of the pressure cooker exploded off of the cooker during cooking even though the lid was fastenedshut in accordance with the provided instructions;

    b The Royal Prestige Pressure Cooker did not operate for the use it was intended.

9. That on December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, was using the Royal Prestige Pressure Cooker in accordance with the operating instructions.

10. That on December 23, 2022, as the Plaintiff, GUADALUPE CARRILLO, was properly using the pressure cooker, the lid exploded off of the cooker spraying extremely hot liquid onto the Plaintiff causing severe burns.

11. That as a direct and proximate result thereof the Plaintiff, GUADALUPE CARRILLO, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that she has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, GUADALUPE CARRILLO, prays this Honorable court for Judgment against the Defendant, ROYAL PRESTIGE, in such sum of money in excess of

11

FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

### COUNT VI- BREACH OF IMPLIED WARRANTY
### ROYAL PRESTIGE

Now comes the Plaintiff, GUADALUPE CARRILLO, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, ROYAL PRESTIGE, as follows:

1. That at all times herein mentioned the Defendant, ROYAL PRESTIGE, was licensed to do business under the laws of the State of Illinois.

2. That all times herein mentioned the Defendant, ROYAL PRESTIGE, manufactured and distributed a pressure cooker known as the Royal Prestige Pressure Cooker.

3. That prior to December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, purchased a Royal Prestige Pressure Cooker.

4. That the Plaintiff, GUADALUPE CARRILLO, never knew and never should have known of the defective and unreasonably dangerous condition of the Royal Prestige Pressure Cooker.

5. That at all times herein mentioned the Defendant, ROYAL PRESTIGE, owed the Plaintiff, GUADALUPE CARRILLO, a duty to exercise reasonable care to design, text, manufacture and sell a Royal Prestige Pressure Cooker that was safe and suitable for its intended usage, including that when the lid and latcher was attached in accordance with the provided instructions it would not explode off the cooker.

6. That the Defendant, ROYAL PRESTIGE, knew or should have known that the Royal

FILED DATE: 12/10/2024 9:45 AM 2024L013760

Prestige Pressure Cooker was not reasonably safe as designed, manufactured, tested, marketed and sold in that the lid would explode off of the cooker thereby causing a dangerous condition.

7. That the Defendant, ROYAL PRESTIGE, knew the ordinary purpose for which the Royal Prestige Pressure Cooker would be used and the Plaintiff, GUADALUPE CARRILLO, relied upon the skill and judgment of the Defendant in manufacturing said pressure cooker.

8. That the Defendant, ROYAL PRESTIGE, warranted by implication at the time o fsale that the said pressure cooker would be reasonably fit, sufficient and of mercantile quality for its intended purpose.

9. That the Defendant, ROYAL PRESTIGE, breached its implied warranty by its selection and manufacture of a pressure cooker that was unfit and unsuitable for the original purpose for which it was used.

10. That the unfitness of the said pressure cooker existed at the time of the sale and continued with the time the Plaintiff, GUADALUPE CARRILLO, was injured on December 23, 2022.

11. That on December 23, 2022, the Plaintiff, GUADALUPE CARRILLO, was using the Royal Prestige Pressure Cooker in accordance with the operating instructions.

12. That on December 23, 2022, as the Plaintiff, GUADALUPE CARRILLO, was properly using the pressure cooker, the lid exploded off of the cooker spraying extremely hot liquid onto the Plaintiff causing severe burns.

13. That as a direct and proximate result thereof the Plaintiff, GUADALUPE CARRILLO, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that she has expended and will in the future be compelled to expend large sums of money in

13

endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, GUADALUPE CARRILLO, prays this Honorable court for Judgment against the Defendant, ROYAL PRESTIGE, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

\s\ COREY A. BENJAMIN, Attorney

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street, 2600
Chicago, IL 60601
(312) 641-5944
pleadings@benshaplaw.com

03013        kd
pleadings@benshaplaw.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| GUADALUPE CARRILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | No. |
| ) | |
| HY CITE ENTERPRISES, LLC, Individually and d/b/a ) | |
| ROYAL PRESTIGE and ROYAL PRESTIGE ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT

The undersigned, one of the Attorneys for the Plaintiffs herein, states that this is a civil action seeking money damages in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes that same to be true.

                                                         /s/ Corey A. Benjamin
                                                         BENJAMIN AND SHAPIRO, LTD.
                                                         Attorney for Plaintiffs

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 641-5944
pleadings@benshaplaw.com

Civil Action Cover Sheet - Case Initiation (12/01/20) CCL 0520

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Guadalupe Carrillo

v.

Hy Cite Enterprises, LLC, Ind & d/b/a Royal Prestige and Royal Prestige

No. _____

FILED DATE: 12/10/2024 9:45 AM 2024L013760

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ☒ No

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☒ 049 Product Liability
- ☐ 051 Construction Injuries (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action (Please specify below.**)
- ☐ 075 Other Commercial Litigation (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

Primary Email: pleadings@benshaplaw.com

Secondary Email: cbenjamin@benshaplaw.com

Tertiary Email: _____

By: \s\Corey A. Benjamin, Attorney _____
    (Attorney)        (Pro Se)

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: _____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1