IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUADALUPE CARRILLO,<br>    Plaintiff,<br>v.<br><br>HY CITE ENTERPRISES, LLC,<br>Individually and d/b/a ROYAL<br>PRESTIGE and ROYAL PRESTIGE,<br>    Defendant. | )<br>)<br>)<br>)  NO. 1:25-cv-000624<br>)<br>)<br>)<br>) |

## AMENDED CORPORATE DISCLOSURE STATEMENT

NOW COMES the Defendant, HY CITE ENTERPRISES, LLC, by and through their attorneys, Lewis Brisbois Bisgaard & Smith LLP, and pursuant to Federal Rule of Civil Procedure 7.1 states as follows:

1. HY CITE ENTERPRISES, LLC, is a wholly owned subsidiary of Hy Cite Corporation, a Wisconsin Corporation. Hy Cite Corporation is the only member of the LLC.

2. Royal Prestige is not a corporation, and is only a brand owned by Hy Cite.

Respectfully submitted,

/s/ Jordan W. LaClair
Jordan W. LaClair (ARDC No. 6309499)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street
Suite 300
Chicago, IL 60661
(312) 345-1718 Telephone
(312) 345-1778 Facsimile
Jordan.LaClair@lewisbrisbois.com
Attorneys for Hy Cite Enterprises, LLC